**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Steven Zupnick, individually and on behalf of
all others similarly situated,
      Plaintiff,

         v.                              CASE NO.:  1:21-cv-2661

Malen & Associates, P.C.,
      Defendant.
_____/

## <u>JOINT STIPULATION OF DISMISSAL</u>

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

as to Plaintiff Steven Zupnick and Defendant Malen & Associates, P.C.,in the above captioned

action, that whereas no party hereto is an infant, incompetent person for whom a committee has

been appointed or conservatee, and no person not a party has an interest in the subject matter of

the action, that this action is dismissed with prejudice and without costs to either party pursuant to

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 29, 2021

| **For Plaintiff Steven Zupnick** | **For Defendant Malen & Associates, P.C.** |
|---|---|
| *<u>/s/ Tamir Saland</u>*<br>Tamir Saland<br>Stein Saks, PLLC<br>One University Plaza Suite 620<br>Hackensack, NJ 07601<br>Ph:  (201) 282-6500<br>tsaland@steinsakslegal.com | *<u>/s/ Adam M. Hughes</u>*<br>Adam M. Hughes<br>Malen & Associates<br>123 Frost Street, Suite 203<br>Westbury, NY 11590<br>Ph:  (516) 479-5953<br>Ahughes@malen.com |

## CERTIFICATE OF SERVICE

I certify that on June 29, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Tamir Saland*
Tamir Saland
**Stein Saks, PLLC**
One University Plaza Suite 620
Hackensack, NJ 07601
*Attorneys for Plaintiff*